# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILLY AUTO, INC.** | : | **CIVIL ACTION** |
| **v.** | : | |
| **CITY OF PHILADELPHIA** | : | **NO. 18-669** |

## ORDER

**NOW,** this 24th day of January, 2019, upon consideration of Plaintiff's, Philly Auto, Inc., Motion for Summary Judgment (Document No. 28) and the Defendant's Motion for Summary Judgment (Document No. 29), and the responses to the motions, it is **ORDERED** that the motions are **DENIED**.

/s/TIMOTHY J. SAVAGE